```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
                        UNITED STATES DISTRICT COURT
13
                        NORTHERN DISTRICT OF CALIFORNIA
14
15
16  IN RE: BEXTRA AND CELEBREX        )  Case No. 05-CV-1699-CRB
    MARKETING SALES PRACTICES AND     )
17  PRODUCT LIABILITY LITIGATION      )  MDL NO. 1699
                                      )  District Judge: Charles R. Breyer
18  _____  )
                                      )
19  Leodee Beavers, et al., v. Pfizer, Inc., et al., )
    MDL No. 06-2870:  Plaintiff Alean Buckley )
20                                    )  STIPULATION AND ORDER OF
                                      )  DISMISSAL WITH PREJUDICE
21                                    )
                                      )
22                                    )
                                      )
23  _____  )
24       Come now the Plaintiff, ALEAN BUCKLEY, and Defendants, by and through the
25  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
26  stipulate to the dismissal with prejudice of plaintiff ALEAN BUCKLEY's action, only, with
27  each side bearing its own attorneys' fees and costs.
28
```

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Case 3:06-cv-02870-CRB   Document 4   Filed 04/09/07   Page 2 of 2

Mar 26 2007 1:57PM   MAPLES & KIRWAN, LLC        5616597584                  p.3
03/23/2007 14:10 FAX 5124741129   570   CLARK THOMAS & WINTERS              ⌀004/004

DATED: 3/26, 2007

MAPLES & KIRWAN, LLC

By: _____
    J. Stuart Kirwan
    Attorneys for Plaintiff, Alean Buckley

DATED: 3/27, 2007

CLARK, THOMAS & WINTERS, P.C.

By: _____
    Cedric E. Evans
    Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 6, 2007        _____
                            Hon. Charles R. Breyer
                            United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE